UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ███████████, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships And Unincorporated Associations Identified On Schedule A, <br><br> Defendants. | Case No.: 1:22-cv-00633 |

# **Exhibit 1 to the Complaint**

**This document is redacted in its entirety.**