# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD.,<br><br>PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:22-CV-00633<br><br>JUDGE SARA L. ELLIS<br><br>MAGISTRATE JUDGE DAVID WEISMAN |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, and with leave to reinstate for one hundred and eighty (180) days, as to the following Defendants identified on Schedule A:

| Def. No. | Defendant Store Name |
|---|---|
| 12 | SanzTeeSpecial |
| 96 | Kobtees |

Dated: April 26, 2022

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: akc@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***