**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD., <br><br> PLAINTIFF, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:22-CV-00633 <br><br> JUDGE SARA L. ELLIS <br><br> MAGISTRATE JUDGE M. DAVID WEISMAN |

**MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
AGAINST THE DEFENDANTS IDENTIFIED ON SCHEDULE A**

Plaintiff, Iron Maiden Holdings, Ltd., ("IMH" or "Plaintiff") hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants identified on Schedule A, attached hereto, with the exception of defendant MakayaShirts identified on line 79.

Plaintiff files herewith a Memorandum of Law in support.

| | |
|---|---|
| Dated: April 26, 2022 | Respectfully submitted, <br><br> */s/ Alison Carter* <br> Ann Marie Sullivan <br> Alison Carter <br> AM Sullivan Law, LLC <br> 1440 W. Taylor St., Suite 515 <br> Chicago, Illinois 60607 <br> Telephone: 224-258-9378 <br> E-mail: akc@amsullivanlaw.com <br><br> ***ATTORNEYS FOR PLAINTIFF*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 26, 2022, a true and correct copy of the above and foregoing document was: electronically filed, with the Clerk of the Court using the CM/ECF system; electronically published on a website to which the Defendants have been directed pursuant to the Service of Process; and emailed to all email addresses identified or provided for Defendants by the Defendants or third-parties, which includes a link to said website.

*/s/ Alison Carter*
Alison Carter