### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IRON MAIDEN HOLDINGS, LTD.,

     PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

     DEFENDANTS.

CASE NO.: 1:22-CV-00633

## AMENDED SCHEDULE A TO THE COMPLAINT

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | HYREW Store | aliexpress.com/store/912371157 |
| 2 | Shop5597492 Store | aliexpress.com/store/5597492 |
| 3 | Shop911124008 Store | aliexpress.com/store/911124008 |
| 4 | Stone in Water Store | aliexpress.com/store/912640075 |
| 5 | streetwear men coat jacket store Store | aliexpress.com/store/912342731 |
| 6 | LORESCA BERNAL RUBIO TEN | amazon.com/sp?seller=A19DRIAM1Q7EDC |
| 7 | Calendarman | amazon.co.uk/sp?seller=AU6RHMA2U0UQB |
| 8 | CHENCHAOYI | amazon.com/sp?seller=A1ZJ643IA44BR6 |
| 9 | **DISMISSED** | |
| 10 | GIFTSCITY | amazon.com/sp?seller=A2CVP8G70XEDW8 |
| 11 | Polandhomeshop | amazon.com/sp?seller=ARULFT8HRPYQ9 |
| 12 | **DISMISSED** | |
| 13 | SHA&SJA TRADERS | amazon.com/sp?seller=A1G1QQLXKI2C2O |
| 14 | Virtual Packet Inc. | amazon.com/sp?seller=A14HZJ4URO7127 |
| 15 | YANG ZHONGYANG | amazon.com/sp?seller=AVDY17RA7EKUX |
| 16 | amy568 Store | dhgate.com/store/21649456 |
| 17 | boot47 Store | dhgate.com/store/21175954 |
| 18 | buyclothing Store | dhgate.com/store/20716070 |
| 19 | coat168 Store | dhgate.com/store/20933813 |
| 20 | connie1111 Store | dhgate.com/store/21062555 |
| 21 | damake568 Store | dhgate.com/store/21225554 |
| 22 | **DISMISSED** | |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 23 | jmcoco88 Store | dhgate.com/store/21168289 |
| 24 | linkstore Store | dhgate.com/store/21200910 |
| 25 | summerh Store | dhgate.com/store/20322103 |
| 26 | wu13576346387 Store | dhgate.com/store/21667787 |
| 27 | yaxunfuzhou | dhgate.com/store/21676524 |
| 28 | ZSBO Clothing Factory Store | dhgate.com/store/19942605 |
| 29 | 2011bilko | ebay.com/usr/2011bilko |
| 30 | DISMISSED | |
| 31 | DISMISSED | |
| 32 | bobbybee1959 | ebay.com/usr/bobbybee1959 |
| 33 | bowiebog | ebay.com/usr/bowiebog |
| 34 | craftink | ebay.com/usr/craftink |
| 35 | dark-zone-new | ebay.com/usr/dark-zone-new |
| 36 | edith78-12378 | ebay.com/usr/edith78-12378 |
| 37 | emporiumembroidery | ebay.com/usr/emporiumembroidery |
| 38 | fluwelenrose | ebay.com/usr/fluwelenrose |
| 39 | gingerboydave | ebay.com/usr/gingerboydave |
| 40 | gmbpanthers0115 | ebay.com/usr/gmbpanthers0115 |
| 41 | happy.go.lucky | ebay.com/usr/happy.go.lucky |
| 42 | hazluq | ebay.com/usr/hazluq |
| 43 | hechet_84 | ebay.com/usr/hechet_84 |
| 44 | i_samsa_hegn74j | ebay.com/usr/i_samsa_hegn74j |
| 45 | ibi-traders | ebay.com/usr/ibi-traders |
| 46 | DISMISSED | |
| 47 | katiehughes262012 | ebay.com/usr/katiehughes262012 |
| 48 | kolosjoki-shop | ebay.com/usr/kolosjoki-shop |
| 49 | lilyaimee | ebay.com/usr/lilyaimee |
| 50 | metalboerse | ebay.com/usr/metalboerse |
| 51 | DISMISSED | |
| 52 | nicogri75 | ebay.com/usr/nicogri75 |
| 53 | oldschoolshirts-2007 | ebay.com/usr/oldschoolshirts-2007 |
| 54 | ori-store | ebay.com/usr/ori-store |
| 55 | pincult | ebay.com/usr/pincult |
| 56 | pippobassano | ebay.com/usr/pippobassano |
| 57 | DISMISSED | |
| 58 | pollypillion | ebay.com/usr/pollypillion |
| 59 | ptpins | ebay.com/usr/ptpins |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 60 | retro.art2026 | ebay.com/usr/retro.art2026 |
| 61 | retro.heart | ebay.com/usr/retro.heart |
| 62 | rockhardshopeasy | ebay.com/usr/rockhardshopeasy |
| 63 | s_m_a_k | ebay.com/usr/s_m_a_k |
| 64 | shamug94 | ebay.com/usr/shamug94 |
| 65 | siamtrading1 | ebay.com/usr/siamtrading1 |
| 66 | skyalla-97yq2f | ebay.com/usr/skyalla-97yq2f |
| 67 | sngstoreeight | ebay.com/usr/sngstoreeight |
| 68 | **DISMISSED** | |
| 69 | sussextrades | ebay.com/usr/sussextrades |
| 70 | thaoinfo43 | ebay.com/usr/thaoinfo43 |
| 71 | tr1647 | ebay.com/usr/tr1647 |
| 72 | wranger1170 | ebay.com/usr/wranger1170 |
| 73 | kimaditya1990 | kimaditya1990.ecrater.co.uk |
| 74 | Bandandthings | etsy.com/uk/shop/Bandandthings |
| 75 | CaresCreativeDesigns | etsy.com/uk/shop/CaresCreativeDesigns |
| 76 | GorillaVault | etsy.com/uk/shop/GorillaVault |
| 77 | Jac83EStore | etsy.com/uk/shop/Jac83EStore |
| 78 | KicksKirei | etsy.com/uk/shop/KicksKirei |
| 79 | **EXCEPTION** | |
| 80 | MemoriesECollections | etsy.com/shop/MemoriesECollections |
| 81 | NinaByJabran | etsy.com/uk/shop/NinaByJabran |
| 82 | QualitypatchesStore | etsy.com/uk/shop/QualitypatchesStore |
| 83 | RashopGB | etsy.com/uk/shop/RashopGB |
| 84 | **DISMISSED** | |
| 85 | SkyPosterStudio | etsy.com/uk/shop/SkyPosterStudio |
| 86 | TutisPatch | etsy.com/uk/shop/TutisPatch |
| 87 | 99podshop | 99podshop.co |
| 88 | 99teeshop | 99teeshop.online |
| 89 | Chesterd | chesterd.com |
| 90 | fuirnh | fuirnh.com |
| 91 | GIFTS&WATCHES | onbuy.com/gb/shop/gifts-and-watches |
| 92 | heresiarchs | heresiarchs.com |
| 93 | HOGANF | hoganf.com |
| 94 | Huberys | huberys.com |
| 95 | jojonn.com | jojonn.com |
| 96 | **DISMISSED** | |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 97 | ktxxa | ktxxa.site |
| 98 | kuooerr | kuooerr.com |
| 99 | Loves Home | loveshome.store |
| 100 | DISMISSED | |
| 101 | Premium Leggings | premiumleggings.net |
| 102 | RIDINROLLIN | ridinrollin.com |
| 103 | DISMISSED | |
| 104 | STELRANDOLPH | lennonf.com |
| 105 | taskng.com | koycf.site |
| 106 | Tee Herivar | teeherivar.com |
| 107 | Virgina | printerval.com/uk/shops/virgina |
| 108 | vnisale | vnisale.com |
| 109 | zokastore | zokastore.com |
| 110 | LIkemaster | joybuy.com/shop/pc/LIkemaster_4497.html |
| 111 | KJNHSAD | wish.com/merchant/5e81e47893fb001a64ca7aa1 |
| 112 | Mieyami Giftsbags | wish.com/merchant/5e4a60306e4107ac404d6fec |
| 113 | tuankietmai73399 | wish.com/merchant/60c881f5e84b6e58c43b9b09 |
| 114 | yangyang44 | wish.com/merchant/5abaf17f75599a249fd988c2 |
| 115 | YIJIN25 | wish.com/merchant/5d5641085f3e1e78826409d7 |