**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD., | |
| PLAINTIFF, | CASE NO.: 1:22-CV-00633 |
| V. | |
| | JUDGE SARA L. ELLIS |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFED ON SCHEDULE A, | |
| | MAGISTRATE JUDGE M. DAVID WEISMAN |
| DEFENDANTS. | |

## DECLARATION OF ALISON CARTER

I, Alison Carter, of Chicago, Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts; and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to plead or otherwise defend this action within the allotted time and answer period, in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My law firm investigated the infringing activities of the Defaulting Defendants, including attempts to identify contact information for all Defaulting Defendants. Our investigation confirmed that the Defaulting Defendants are primarily domiciled outside of the United States. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2022

Respectfully submitted,

*/s/ Alison Carter*
Alison Carter

*Counsel for Plaintiff*