**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:22-CV-00633 <br><br> JUDGE SARA L. ELLIS <br><br> MAGISTRATE JUDGE M. DAVID WEISMAN |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, shall appear telephonically before the Honorable Judge Sara L. Ellis, on May, 5, 2022 at 1:45 p.m., and present a Motion for Entry of Default and Default Judgment against the Defendants identified on Schedule A.

Dated: May 2, 2022

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: akc@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2022, a true and correct copy of the above and foregoing document was: electronically filed, with the Clerk of the Court using the CM/ECF system; electronically published on a website to which the Defendants have been directed pursuant to the Service of Process; and emailed to all email addresses identified or provided for Defendants by the Defendants or third-parties, which includes a link to said website.

*/s/ Alison Carter*
Alison Carter