## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

XYZ Corporation

                         Plaintiff,

v.                                                       Case No.: 1:22−cv−00633
                                                                   Honorable Sara L. Ellis

Printerval Trading, JSC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 19, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone hearing held on 5/19/2022. The Court grants Defendant Printerval Trading JSC's oral motion to withdraw its motion to dismiss and withdraws Defendant's motion to dismiss [45]. The Court grants Plaintiff's motion for entry of default and default judgment against the Defendants identified on Amended Schedule A [39]. Plaintiff should submit their proposed order to the Court's proposed order email. Non−dismissed Defendant should file a responsive pleading by 6/17/2022. The Court sets a status date for 6/22/2022 at 9:30 a.m. If the parties file a stipulation of dismissal, no appearance is required. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.