IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD., <br><br> PLAINTIFF, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | Case No. 22-cv-00633 <br><br> **Judge** SARA L. ELLIS <br><br> **Magistrate Judge** DAVID WEISMAN |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Iron Maiden Holdings, Ltd. (" IMH" or "Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and IMH having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; IMH having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, IMH has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of IMH's federally registered trademarks and Copyrights (the "IMH Trademarks and Copyrights") to residents of Illinois. In this case, IMH has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the IMH Trademarks and Copyrights. *See* Docket No. [10], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the IMH Trademarks and Copyrights.

A list of the IMH Trademarks is included in the below chart.

| TRADEMARK REGISTRATIONS ||||
|---|---|---|---|
| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
| 4,848,431 | IRON MAIDEN | For: beers; fruit beverages and fruit juices, in class 32.<br>For: alcohol beverages except beers and wine, in class 33. | Nov. 10, 2015 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| 3,840,031 | IRON MAIDEN | For: musical sound recordings; musical video and audio recordings; digital music downloadable from the internet, in class 9.<br><br>For: jewelry; watches; rings, in class 14.<br><br>For: posters; souvenir concert programs; tour books relating to musical performances; stickers; calendars; photographs; decals; notebooks; pens; wrapping paper; binders, in class 16.<br><br>For: backpacks; handbags; wallets, in class 18.<br><br>For: beverage ware; bottle openers; portable beverage coolers; barware, namely, goblets, tankards; coasters not of paper and not being table linen; candle holders; candlesticks; flasks; mugs, in class 21.<br><br>For: banners and flags of textile, in class 24.<br><br>For: clothing, namely, t-shirts, tank tops, long sleeve shirts, shorts, jerseys, sweatshirts, sweatpants, pants, jackets; hats; leather wrist bands; scarves; shoes, in class 25.<br><br>For: ornamental novelty pins; cloth patches or clothing; shoelaces; belt buckles, in class 26.<br><br>For: toy planes, in class 28.<br><br>For: on-line ordering in the field of a variety of merchandise, namely, compact discs, dvds, video casettes, clothing, shoes, house wares, posters, downloadable ringtones, canvas prints; providing a web site featuring sales information regarding a wide variety of merchandise, in class 55.<br><br>For: entertainment services, namely, live musical entertainment performances rendered by a vocal and instrumental group, providing a web site featuring information relating to live performances, providing a web site featuring non-downloadable musical recordings and video recordings featuring musical performances, in class 41. | Aug. 31, 2010 |
| 1,308,370 | IRON MAIDEN | For: entertainmfnt services-namely, live musical entertainment performances rendered by a vocal and instrumental group, in class 41. | Dec. 4, 1984 |
| 1,307,146 | IRON MAIDEN | For: clothing-namely, t-shirts, jerseys, sweat-shirts, hats, jackets and leather wrist bands, in class 25. | Nov. 27, 1984 |

3

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| 1,306,972 | IRON MAIDEN | For: inclusion on paper or cardboard products—namely, posters, souvenir concert programs, stickers, calendars, photographs and decals, in class 16. | Nov. 27, 1984 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*)and copyright infringement (17 U.S.C. § 101, et seq.) .

Accordingly, this Court orders that IMH's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the IMH Trademarks and Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine IMH product or not authorized by IMH to be sold in connection with the IMH Trademarks and Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine IMH product or any other product produced by IMH, that is not IMH's or not produced

       under the authorization, control, or supervision of IMH and approved by IMH for sale under the IMH Trademarks and Copyrights;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of IMH, or are sponsored by, approved by, or otherwise connected with IMH; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for IMH, nor authorized by IMH to be sold or offered for sale, and which bear any of IMH's trademarks and Copyrights, including the IMH Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the IMH Trademarks and Copyrights; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the IMH Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine IMH product or not authorized by IMH to be sold in connection with the IMH Trademarks and Copyrights.

3. Upon IMH's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the IMH Trademarks and Copyrights.

4. Pursuant to 15 U.S.C. § 1117(c)(2), IMH is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000.00) for willful use of counterfeit IMH Trademarks on products sold through at least the Defendant Internet Stores. Pursuant to 17 U.S.C. § 101, et seq., Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000.00) for willful copyright infringement on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant

      Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to IMH as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to IMH the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until IMH has recovered full payment of monies owed to it by any Defaulting Defendant, IMH shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that IMH identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, IMH may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided by the Defaulting Defendants and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety-bond posted by IMH is hereby released to IMH or its counsel, AM Sullivan Law, LLC. The Clerk of the Court is directed to return the or surety-bond previously deposited with the Clerk of the Court to IMH or its counsel.

This is a Default Judgment.

Dated: June 16, 2022

Honorable Sara L. Ellis
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Iron Maiden Holdings, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A, <br><br> Defendants. | Case No.: 1:22-cv-00633 |

## Schedule A

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | HYREW Store | aliexpress.com/store/912371157 |
| 2 | Shop5597492 Store | aliexpress.com/store/5597492 |
| 3 | Shop911124008 Store | aliexpress.com/store/911124008 |
| 4 | Stone in Water Store | aliexpress.com/store/912640075 |
| 5 | streetwear men coat jacket store Store | aliexpress.com/store/912342731 |
| 6 | LORESCA BERNAL RUBIO TEN | amazon.com/sp?seller=A19DRIAM1Q7EDC |
| 7 | Calendarman | amazon.co.uk/sp?seller=AU6RHMA2U0UQB |
| 8 | CHENCHAOYI | amazon.com/sp?seller=A1ZJ643IA44BR6 |
| 9 | **Dismissed** | |
| 10 | GIFTSCITY | amazon.com/sp?seller=A2CVP8G70XEDW8 |
| 11 | Polandhomeshop | amazon.com/sp?seller=ARULFT8HRPYQ9 |
| 12 | **Dismissed** | |
| 13 | SHA&SJA TRADERS | amazon.com/sp?seller=A1G1QQLXKI2C2O |
| 14 | Virtual Packet Inc. | amazon.com/sp?seller=A14HZJ4URO7127 |
| 15 | YANG ZHONGYANG | amazon.com/sp?seller=AVDY17RA7EKUX |
| 16 | amy568 Store | dhgate.com/store/21649456 |
| 17 | boot47 Store | dhgate.com/store/21175954 |
| 18 | buyclothing Store | dhgate.com/store/20716070 |
| 19 | coat168 Store | dhgate.com/store/20933813 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 20 | connie1111 Store | dhgate.com/store/21062555 |
| 21 | damake568 Store | dhgate.com/store/21225554 |
| 22 | DISMISSED | |
| 23 | jmcoco88 Store | dhgate.com/store/21168289 |
| 24 | linkstore Store | dhgate.com/store/21200910 |
| 25 | summerh Store | dhgate.com/store/20322103 |
| 26 | wu13576346387 Store | dhgate.com/store/21667787 |
| 27 | yaxunfuzhou | dhgate.com/store/21676524 |
| 28 | ZSBO Clothing Factory Store | dhgate.com/store/19942605 |
| 29 | 2011bilko | ebay.com/usr/2011bilko |
| 30 | DISMISSED | |
| 31 | DISMISSED | |
| 32 | bobbybee1959 | ebay.com/usr/bobbybee1959 |
| 33 | bowiebog | ebay.com/usr/bowiebog |
| 34 | craftink | ebay.com/usr/craftink |
| 35 | dark-zone-new | ebay.com/usr/dark-zone-new |
| 36 | edith78-12378 | ebay.com/usr/edith78-12378 |
| 37 | emporiumembroidery | ebay.com/usr/emporiumembroidery |
| 38 | fluwelenrose | ebay.com/usr/fluwelenrose |
| 39 | gingerboydave | ebay.com/usr/gingerboydave |
| 40 | gmbpanthers0115 | ebay.com/usr/gmbpanthers0115 |
| 41 | happy.go.lucky | ebay.com/usr/happy.go.lucky |
| 42 | hazluq | ebay.com/usr/hazluq |
| 43 | hechet_84 | ebay.com/usr/hechet_84 |
| 44 | i_samsa_hegn74j | ebay.com/usr/i_samsa_hegn74j |
| 45 | DISMISSED | |
| 46 | DISMISSED | |
| 47 | katiehughes262012 | ebay.com/usr/katiehughes262012 |
| 48 | kolosjoki-shop | ebay.com/usr/kolosjoki-shop |
| 49 | lilyaimee | ebay.com/usr/lilyaimee |
| 50 | DISMISSED | |
| 51 | DISMISSED | |
| 52 | nicogri75 | ebay.com/usr/nicogri75 |
| 53 | oldschoolshirts-2007 | ebay.com/usr/oldschoolshirts-2007 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 54 | **Dismissed** | |
| 55 | pincult | ebay.com/usr/pincult |
| 56 | pippobassano | ebay.com/usr/pippobassano |
| 57 | **Dismissed** | |
| 58 | pollypillion | ebay.com/usr/pollypillion |
| 59 | ptpins | ebay.com/usr/ptpins |
| 60 | retro.art2026 | ebay.com/usr/retro.art2026 |
| 61 | retro.heart | ebay.com/usr/retro.heart |
| 62 | rockhardshopeasy | ebay.com/usr/rockhardshopeasy |
| 63 | s_m_a_k | ebay.com/usr/s_m_a_k |
| 64 | shamug94 | ebay.com/usr/shamug94 |
| 65 | siamtrading1 | ebay.com/usr/siamtrading1 |
| 66 | skyalla-97yq2f | ebay.com/usr/skyalla-97yq2f |
| 67 | sngstoreeight | ebay.com/usr/sngstoreeight |
| 68 | **Dismissed** | |
| 69 | sussextrades | ebay.com/usr/sussextrades |
| 70 | thaoinfo43 | ebay.com/usr/thaoinfo43 |
| 71 | tr1647 | ebay.com/usr/tr1647 |
| 72 | wranger1170 | ebay.com/usr/wranger1170 |
| 73 | kimaditya1990 | kimaditya1990.ecrater.co.uk |
| 74 | Bandandthings | etsy.com/uk/shop/Bandandthings |
| 75 | CaresCreativeDesigns | etsy.com/uk/shop/CaresCreativeDesigns |
| 76 | GorillaVault | etsy.com/uk/shop/GorillaVault |
| 77 | Jac83EStore | etsy.com/uk/shop/Jac83EStore |
| 78 | KicksKirei | etsy.com/uk/shop/KicksKirei |
| 79 | **Exception** | |
| 80 | MemoriesECollections | etsy.com/shop/MemoriesECollections |
| 81 | NinaByJabran | etsy.com/uk/shop/NinaByJabran |
| 82 | QualitypatchesStore | etsy.com/uk/shop/QualitypatchesStore |
| 83 | RashopGB | etsy.com/uk/shop/RashopGB |
| 84 | **Dismissed** | |
| 85 | SkyPosterStudio | etsy.com/uk/shop/SkyPosterStudio |
| 86 | TutisPatch | etsy.com/uk/shop/TutisPatch |
| 87 | 99podshop | 99podshop.co |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 88 | 99teeshop | 99teeshop.online |
| 89 | Chesterd | chesterd.com |
| 90 | fuirnh | fuirnh.com |
| 91 | GIFTS&WATCHES | onbuy.com/gb/shop/gifts-and-watches |
| 92 | heresiarchs | heresiarchs.com |
| 93 | HOGANF | hoganf.com |
| 94 | Huberys | huberys.com |
| 95 | jojonn.com | jojonn.com |
| 96 | Dismissed | |
| 97 | ktxxa | ktxxa.site |
| 98 | kuooerr | kuooerr.com |
| 99 | Loves Home | loveshome.store |
| 100 | Dismissed | |
| 101 | Premium Leggings | premiumleggings.net |
| 102 | RIDINROLLIN | ridinrollin.com |
| 103 | Dismissed | |
| 104 | STELRANDOLPH | lennonf.com |
| 105 | taskng.com | koycf.site |
| 106 | Tee Herivar | teeherivar.com |
| 107 | Virgina | printerval.com/uk/shops/virgina |
| 108 | vnisale | vnisale.com |
| 109 | zokastore | zokastore.com |
| 110 | LIkemaster | joybuy.com/shop/pc/LIkemaster_4497.html |
| 111 | KJNHSAD | wish.com/merchant/5e81e47893fb001a64ca7aa1 |
| 112 | Mieyami Giftsbags | wish.com/merchant/5e4a60306e4107ac404d6fec |
| 113 | tuankietmai73399 | wish.com/merchant/60c881f5e84b6e58c43b9b09 |
| 114 | yangyang44 | wish.com/merchant/5abaf17f75599a249fd988c2 |
| 115 | YIJIN25 | wish.com/merchant/5d5641085f3e1e78826409d7 |