**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IRON MAIDEN HOLDINGS, LTD.<br><br>    PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:22-CV-00633<br><br>JUDGE SARA L. ELLIS<br><br>MAGISTRATE JUDGE DAVID WEISMAN |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Iron Maiden Holdings ("IMH" or "Plaintiff"), and Defendant Internet Store, MakayaShirts, identified on line 79 of the Schedule A to the Complaint, operated by M3 Handels GmbH, by and through their respective counsel, have reached a mutually satisfactory resolution of all issues between them that were the subject of this action, and, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), hereby jointly request and stipulate to this dismissal with prejudice, with each party bearing its own costs and attorneys' fees.

Upon entry of this dismissal, the case will be terminated in its entirety as all other defendants in the matter have been adjudicated.

Respectfully submitted on this the 14th day of July, 2022.

| | |
|---|---|
| */s/ Ann Marie Sullivan*<br>Ann Marie Sullivan<br>Alison Carter<br>AM Sullivan Law, LLC<br>1440 W. Taylor St., Suite 515<br>Chicago, Illinois 60607<br>Telephone: 224-258-9378<br>E-mail: akc@amsullivanlaw.com<br><br>*ATTORNEYS FOR PLAINTIFF* | */s/ Lisa Iverson*<br>Lisa Iverson<br>Iverson IP<br>3642 N. Racine Ave.<br>Chicago, Illinois 60613<br>Telephone: 773.742.4605<br>Email: liverson@iverson-ip.com<br><br>*ATTORNEY FOR DEFENDANT* |