# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

XYZ Corporation

                                Plaintiff,

v.                                            Case No.: 1:22–cv–00633

                                            Honorable Sara L. Ellis

Printerval Trading, JSC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 25, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Plaintiff's stipulation of dismissal [58], the Court dismisses this matter with prejudice and with party to bear its own costs and fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.